# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

Central Division

Austin Blake Shepherd, Gary Dean Bird Jr
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Thomas P. Murphy, Nicholas E. Pietrack
Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

RECEIVED
JAN 14 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Gary Dean Berch Jr (Jasper County Jail)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Austin B. Shepherd
Address: 1005 North 6th Ave East
Newton, IA 50208
City / State / Zip Code
County: Jasper County
Telephone Number: 641-841-0563
E-Mail Address: austinshepherd299@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Thomas P. Murphy
Job or Title (if known): Fifth Judicial District Court Judge
Address:
Newton, IA 50208
City / State / Zip Code
County: Jasper County
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

**Defendant No. 2**
Name: Nicholas E. Pietrack
Job or Title (if known): Assistant Jasper County Attorney
Address: 114 W 3rd Street North
Newton, IA 50208
City / State / Zip Code
County: Jasper County
Telephone Number: (641) 792-5010
E-Mail Address (if known): general@jaspercoatty.org

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Angela Busick
Job or Title (if known): P.O Fith District
Address: 315 W 3rd St. N. #900
City: Newton  State: IA  Zip Code: 50208
County: Jasper County
Telephone Number: 641-792-1101
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:
City:  State:  Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of Dew Process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

not being taken to court when being held in County Jail causin stress, anxiety, depression, for me and my family Intern is causing the Judge & County Attorney to collaberate and the Judge to be unfair & unjust

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Jasper County Jail

B. What date and approximate time did the events giving rise to your claim(s) occur?

11/25/2024   12/16/2024

12/02/2024   12/09/2024   12/23/2024

will provide copys if needed

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Judge & County Attorney not allowing us to go infront of them to plead case. they collaberate against inmates due to not going infront of them Judge is siding with County Attorney insted of being fair & just becase we are in Jail. not allowing us to face our accuser & have our day in court

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- PTSD due to Judge & county Attorney siding with cacnetics by saying they are concerned about the public safety due to Alleged charges & my history
- Stress & stress caused to my family due to not going to court
- deprrison due to not knowing whats going on in Court
- Anexity due to not being abic to go to court

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

money damages in the amout of $25.000 to $40.000

due to PTSD, stress, deprrison, Anexity, Family daniges

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/26/2024

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Austin B. Shephcrd    Gary Dean Bird Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

FROM: Austin Sheffield
JASPER COUNTY JAIL
2300 LAW CENTER DRIVE
NEWTON, IA 50208

DES MOINES IA
7 JAN 2025 PM 4 L

CORRESPONDENCE
FROM
JASPER COUNTY JAIL, IOWA

CLERK UNITED STATES
DISTRICT COURTHOUSE
U.S. COURTHOUSE
P.O. BOX 9344
DES MOINES IA
50306-9344